## XPO LOGISTICS WORLDWIDE GOVERNMENT SERVICES, LLC, Plaintiff-Appellant

v.

## UNITED STATES, Crowley Logistics, Inc., Defendants-Appellees

2017-2506

United States Court of Appeals, Federal Circuit.

March 7, 2018

FREDERICK W. CLAYBROOK, JR., Claybrook LLC, Washington, DC, argued for plaintiff-appellant. Also represented by CHARLES BAEK, DANIEL RUBEN FORMAN, JAMES G. PEYSTER, MARK RIES, Crowell & Moring, LLP, Washington, DC.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

KARA M. SACILOTTO, Wiley Rein LLP, Washington, DC, argued for defendant-appellee Crowley Logistics, Inc. Also represented by CARA LYN LASLEY, BRIAN GERARD WALSH, GARY SCOTT WARD.

(Moore, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**